1

2

THE HONORABLE JAMES L. ROBART

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
9          WESTERN DISTRICT OF WASHINGTON

10   BRETT CALDWELL, an individual,          Case No. 2:17-cv-01741-JLR  AND ORDER

11                          Plaintiff,        **STIPULATED MOTION FOR
                                              EXTENSION OF TIME TO RESPOND**
12          v.                                **TO COMPLAINT AND TO
                                              ESTABLISH A BRIEFING SCHEDULE**
13   THE BOEING COMPANY, a Delaware           **FOR DEFENDANT'S ANTICIPATED
     Corporation and DOES 1-10;               MOTION TO DISMISS**
14
                           Defendants.        **NOTING DATE: DECEMBER 21, 2017**
15

16          The parties hereby file this stipulated motion pursuant to LCR 7(d)(1) and LCR 10(g) to extend

17   the deadline for Defendant The Boeing Company ("Boeing") to file its Response to Plaintiff's

18   Complaint and to establish a stipulated briefing schedule for the motion to dismiss that Boeing

19   anticipates filing. In support of this stipulated motion, the Parties state as follows:

20          1. ·      Mr. Caldwell filed his Complaint on November 17, 2017 and served Boeing on

21   November 21, 2017. (*See* Dkt. Nos. 1 & 7).

22          2.        On December 7, 2017, the Parties filed a Stipulated Motion for Extension of Time to

23   Respond to Complaint, requesting that Boeing's response to Mr. Caldwell's Complaint be due on or

24   before December 29, 2017. (Dkt. No. 8). The Court granted the Parties' motion on December 8, 2017

25   and extended Boeing's deadline to answer, move, or otherwise respond to Mr. Caldwell's Complaint to

26   December 29, 2017. (Dkt. No. 10).

STIPULATED MOTION FOR EXTENSION OF TIME
AND TO ESTABLISH BRIEFING SCHEDULE - 1

FOX ROTHSCHILD LLP
Attorneys at Law
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

1        3.      After the Court's Order, Mr. Caldwell's counsel contacted Boeing's counsel and inquired

2  whether Boeing would agree to an extension of time for Mr. Caldwell to respond to any motion to

3  dismiss that Boeing may file in light of the upcoming holidays and Mr. Caldwell's counsel's health

4  issues. Boeing's counsel indicated that Boeing anticipates filing a motion to dismiss and that Boeing

5  would agree to such an extension. Thereafter, the Parties' counsel agreed upon the following briefing

6  schedule for Boeing's anticipated motion to dismiss:

7                    a.  Friday, January 12, 2018 – Deadline for Boeing to answer, move, or otherwise

8                        respond to Mr. Caldwell's Complaint;

9                    b.  Monday, February 12, 2018 – Deadline for Mr. Caldwell to oppose any motion to

10                       dismiss that Boeing may file;

11                    c.  Friday, February 23, 2018 – Deadline for Boeing to file any reply in support of its

12                       motion to dismiss;

13                    d.  Friday, February 23, 2018 – Noting Date for any motion to dismiss that Boeing

14                       may file.

15        WHEREFORE, the Parties therefore join in asking the Court to extend the deadline for

16  Defendant to answer, move, or otherwise respond to the Complaint until January 12, 2018 and to issue

17  an Order establishing the stipulated briefing schedule described above.

18

19

20

21

22

23

24

25

26

STIPULATED MOTION FOR EXTENSION OF TIME
AND TO ESTABLISH BRIEFING SCHEDULE - 2

Fox Rothschild LLP
Attorneys at Law
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

1   DATED this 21st day of December 2017:

2

    HELSELL FETTERMAN LLP                    FOX ROTHSCHILD LLP
3
    By:  /s/ Lauren Parris Watts             By:  _____ /s/ Laurence A. Shapero
4
    Lauren Parris Watts, WSBA #44064         Laurence A. Shapero, WSBA #31301
5   1001 Fourth Avenue, Suite 4200           1001 Fourth Avenue, #4500
    Seattle, WA 98154-1154                   Seattle, WA  98154
6   Phone: (206) 292-1144                    Phone:     206-624-3600
    Fax: (206) 340-0902                      Fax:       206-389-1708
7   lwatts@helsell.com                       lshapero@foxrothschild.com

8                                            MORGAN, LEWIS & BOCKIUS LLP
    HANEY & YOUNG LLP
9                                            Lincoln O. Bisbee, admitted *pro hac vice*
    Steven H. Haney, admitted *pro hac vice*   P. David Larson, admitted *pro hac vice*
10  Gregory L. Young, admitted *pro hac vice*  1111 Pennsylvania Avenue NW
    1055 West Seventh Street, Suite 1950     Washington, D.C. 20004
11  Los Angeles, CA 90017                    Phone: (202) 739-3000
    Phone: (213) 228-6500                    Fax: (202) 739-3001
12  Fax: (213) 228-6501                      lincoln.bisbee@morganlewis.com
                                             david.larson@morganlewis.com
13  *Attorneys for Plaintiff*
    BRETT CALDWELL                           *Attorneys for Defendant*
14                                           THE BOEING COMPANY

15

16

17

18

19

20

21

22

23

24

25

26

    STIPULATED MOTION FOR EXTENSION OF TIME
    AND TO ESTABLISH BRIEFING SCHEDULE - 3

1                                             ~~PROPOSED~~ ORDER

2         Pursuant to the stipulated motion of the parties as set forth above, IT IS HEREBY ORDERED

3 that the motion is GRANTED, and IT IS HEREBY ORDERED that the deadline for Defendant to

4 answer, move, or otherwise respond to Plaintiff's Complaint is extended to January 12, 2018. IT IS

5 FURTHER ORDERED that the deadlines related to any motion to dismiss that Defendant Boeing may

6 file are established as follows:

7            1. Friday, January 12, 2018 – Deadline for Boeing to answer, move, or otherwise respond to

8                Mr. Caldwell's Complaint;

9            2. Monday, February 12, 2018 – Deadline for Mr. Caldwell to oppose any motion to dismiss

10                that Boeing may file;

11            3. Friday, February 23, 2018 – Deadline for Boeing to file any reply in support of its motion to

12                dismiss;

13            4. Friday, February 23, 2018 – Noting Date for any motion to dismiss that Boeing may file.

14

15       IT IS SO ORDERED this __22nd__ day of __December__, 2017.

16

17                                    THE HONORABLE JAMES L. ROBART

18                                    United States District Judge

19

20

21

22

23

24

25

26

STIPULATED MOTION FOR EXTENSION OF TIME
AND TO ESTABLISH BRIEFING SCHEDULE - 4

FOX ROTHSCHILD LLP
Attorneys at Law
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600

*Presented by:*

HELSELL FETTERMAN LLP

By: _/s/ Lauren Parris Watts_

Lauren Parris Watts, WSBA #44064
1001 Fourth Avenue, Suite 4200
Seattle, WA 98154-1154
Phone: (206) 292-1144
Fax: (206) 340-0902
lwatts@helsell.com

HANEY & YOUNG LLP

Steven H. Haney, admitted *pro hac vice*
Gregory L. Young, admitted *pro hac vice*
1055 West Seventh Street, Suite 1950
Los Angeles, CA 90017
Phone: (213) 228-6500
Fax: (213) 228-6501

*Attorneys for Plaintiff*
BRETT CALDWELL

FOX ROTHSCHILD LLP

By: _/s/ Laurence A. Shapero_

Laurence A. Shapero, WSBA #31301
1001 Fourth Avenue, #4500
Seattle, WA 98154
Phone:   206-624-3600
Fax:      206-389-1708
lshapero@foxrothschild.com

MORGAN, LEWIS & BOCKIUS LLP

Lincoln O. Bisbee, admitted *pro hac vice*
P. David Larson, admitted *pro hac vice*
1111 Pennsylvania Avenue NW
Washington, D.C. 20004
Phone: (202) 739-3000
Fax: (202) 739-3001
lincoln.bisbee@morganlewis.com
david.larson@morganlewis.com

*Attorneys for Defendant*
THE BOEING COMPANY

STIPULATED MOTION FOR EXTENSION OF TIME
AND TO ESTABLISH BRIEFING SCHEDULE - 5

1
## CERTIFICATE OF SERVICE

2       I hereby certify that on December 21, 2017, I electronically filed the foregoing with the Clerk of

3   the Court using the Court's CM/ECF system, which caused a true and correct copy of the foregoing to

4   be served upon:

5           Lauren Parris Watts, WSBA #44064
            HELSELL FETTERMAN LLP
6           1001 Fourth Avenue, Suite 4200
            Seattle, WA 98154-1154
7           Phone: (206) 292-1144
            Fax: (206) 340-0902
8           lwatts@helsell.com

9           Steven H. Haney
            Gregory L. Young
10          HANEY & YOUNG LLP
            1055 West Seventh Street, Suite 1950
11          Los Angeles, CA 90017
            Phone: (213) 228-6500
12          Fax: (213) 228-6501
            shaney@haneyyoung.com
13          gyoung@haneyyoung.com

14          *Attorneys for Plaintiff Brett Caldwell*

15
                                /s/ P. David Larson
16                              P. David Larson, *admitted pro hac vice*
                                MORGAN, LEWIS & BOCKIUS LLP
17                              1111 Pennsylvania Avenue NW
                                Washington, D.C. 20004
18                              Phone: (202) 739-3000
                                Fax: (202) 739-3001
19                              Email: david.larson@morganlewis.com

20                              *Attorney for Defendant The Boeing Company*

21

22

23

24

25

26

Fox Rothschild LLP
Attorneys at Law
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
206.624.3600