UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRETT CALDWELL, | CASE NO. C17-1741JLR |
| Plaintiff, | ORDER DENYING MOTION AS MOOT |
| v. | |
| THE BOEING COMPANY, et al., | |
| Defendants. | |

Before the court is Defendant The Boeing Company's ("Boeing") motion to dismiss the complaint. (Mot. (Dkt. # 19).) Boeing filed its motion to dismiss on January 12, 2018. (*See id.*) Instead of filing a response to the motion, Plaintiff Bret Caldwell filed an amended complaint on February 9, 2018. (*See* FAC (Dkt. # 22).) On February 13, 2018, the parties stipulated to the filing of Mr. Caldwell's second amended complaint, and Mr. Caldwell filed his second amended complaint on that same day. (*See* Stip. (Dkt. # 23); SAC (Dkt. # 24).) Under Federal Rule of Civil Procedure 15(a)(2), "a party may

//

amend its pleading . . . with the opposing party's written consent." See Fed. R. Civ. P. 15(a)(2). Thus, Mr. Caldwell properly filed his second amended complaint.

"[T]he general rule is that an amended complaint supercedes the original complaint and renders it without legal effect." *Lacey v. Maricopa Cty.*, 693 F.3d 896, 927 (9th Cir. 2012). This rule applies in the context of a voluntarily filed amended complaint. *See id.* at 928. Thus, Mr. Caldwell's second amended complaint supersedes his original complaint, and the court DENIES Boeing's motion to dismiss the original complaint as moot (Dkt. # 19). *See Patterson v. Ryan*, No. CV 05-1159-PHX-PGR (MHB), 2010 WL 4134980, at *2 (D. Ariz. Oct. 13, 2010) (denying a motion to dismiss the original complaint as moot based on the filing of an amended complaint).

Dated this 26th day of March, 2018.

JAMES L. ROBART
United States District Judge

ORDER - 2