AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

___Western___ District of ___Washington___

Brett Caldwell

        Plaintiff (s),

V.

The Boeing Company, and Does 1-10

        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:17-cv-01741-JLR

Notice is hereby given that, subject to approval by the court, __Brett Caldwell__ substitutes
(Party (s) Name)

__Reba Weiss__, State Bar No. __12876__ as counsel of record in
(Name of New Attorney)

in place of __Lauren Parris Watts__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Weiss Law Firm, PLLC

    Address:     12537 15th Avenue, N.E., Suite 108, Seattle, WA 98125

    Telephone:     (206)508-5933      Facsimile

    E-Mail (Optional):     reba@weisslawfirm.org

I consent to the above substitution.

Date: 3/24/18

*/s/ Brett Caldwell*
(Signature of Party (s))

I consent to being substituted.

Date: March 12, 2018

s/ Lauren Parris Watts
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:

*/s/ Reba Weiss WSBA#12876*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 28 March 2018

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]