THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRETT CALDWELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware Corporation and DOES 1-10;<br><br>Defendants. | Case No. 2:17-cv-01741-JLR<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT AND [PROPOSED] ORDER**<br><br>**NOTING DATE: MAY 31, 2018** |

The parties hereby file this stipulated motion pursuant to LCR 7(d)(1) and LCR 10(g) to extend the deadline for Defendant The Boeing Company ("Boeing") to file its Response to Plaintiff's Third Amended Complaint, which was filed on May 22, 2018. (Dkt. No. 32). In the absence of an Order extending the deadline to respond to Plaintiff's Complaint, Defendant Boeing's response must be filed by no later than June 5, 2018.

The Parties now agree to extend by two weeks Defendant's time to answer, move, or otherwise respond to the Third Amended Complaint to provide time for Defendant's counsel to prepare an appropriate response to the Third Amended Complaint. Plaintiff's counsel consented to the requested extension. The Parties therefore join in asking the Court to extend by two weeks the deadline for Defendant to respond to the Third Amended Complaint until June 19, 2018.

STIPULATED MOTION FOR EXTENSION OF TIME
TO RESPOND TO THIRD AMENDED COMPLAINT
AND [PROPOSED] ORDER - 1

Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
+1.202.739.3000

DATED this 31st day of May 2018:

| | |
|---|---|
| WEISS LAW FIRM, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: /s/ Reba Weiss | By: /s/ Laurence A. Shapero |
| Reba Weiss, WSBA #12876<br>12537 15th Ave NE Suite 108<br>Seattle, WA 98125-3979<br>Phone: (206) 508-5933<br>reba@weisslawfirm.org | Laurence A. Shapero, WSBA #31301<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104<br>Phone: (206) 693-7057<br>Fax: (206) 693-7058<br>Email: laurence.shapero@ogletree.com |
| HANEY & YOUNG LLP | MORGAN, LEWIS & BOCKIUS LLP |
| Steven H. Haney, admitted *pro hac vice*<br>Gregory L. Young, admitted *pro hac vice*<br>1055 West Seventh Street, Suite 1950<br>Los Angeles, CA 90017<br>Phone: (213) 228-6500<br>Fax: (213) 228-6501 | Lincoln O. Bisbee, admitted *pro hac vice*<br>P. David Larson, admitted *pro hac vice*<br>1111 Pennsylvania Avenue NW<br>Washington, D.C. 20004<br>Phone: (202) 739-3000<br>Fax: (202) 739-3001<br>Email: lincoln.bisbee@morganlewis.com<br>Email: david.larson@morganlewis.com |
| *Attorneys for Plaintiff*<br>BRETT CALDWELL | *Attorneys for Defendant*<br>THE BOEING COMPANY |

STIPULATED MOTION FOR EXTENSION OF TIME
TO RESPOND TO THIRD AMENDED COMPLAINT
AND [PROPOSED] ORDER - 2

MORGAN, LEWIS & BOCKIUS LLP
1111 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20004
+1.202.739.3000

# [PROPOSED] ORDER

Pursuant to the stipulated motion of the parties as set forth above, IT IS HEREBY ORDERED that the motion is GRANTED, and IT IS HEREBY ORDERED that the deadline for Defendant to answer, move, or otherwise respond to Plaintiff's Third Amended Complaint is extended to June 19, 2018.

IT IS SO ORDERED this 1st day of June, 2018.

_____
THE HONORABLE JAMES L. ROBART
United States District Judge

*Presented by:*

| | |
|---|---|
| WEISS LAW FIRM, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: /s/ Reba Weiss | By: /s/ Laurence A. Shapero |
| Reba Weiss, WSBA #12876<br>12537 15th Ave NE Suite 108<br>Seattle, WA 98125-3979<br>Phone: (206) 508-5933<br>reba@weisslawfirm.org | Laurence A. Shapero, WSBA #31301<br>800 Fifth Avenue, Suite 4100<br>Seattle, WA 98104<br>Phone: (206) 693-7057<br>Fax: (206) 693-7058<br>Email: laurence.shapero@ogletree.com |
| HANEY & YOUNG LLP | MORGAN, LEWIS & BOCKIUS LLP |
| Steven H. Haney, admitted *pro hac vice*<br>Gregory L. Young, admitted *pro hac vice*<br>1055 West Seventh Street, Suite 1950<br>Los Angeles, CA 90017<br>Phone: (213) 228-6500<br>Fax: (213) 228-6501 | Lincoln O. Bisbee, admitted *pro hac vice*<br>P. David Larson, admitted *pro hac vice*<br>1111 Pennsylvania Avenue NW<br>Washington, D.C. 20004<br>Phone: (202) 739-3000<br>Fax: (202) 739-3001<br>Email: lincoln.bisbee@morganlewis.com<br>Email: david.larson@morganlewis.com |
| *Attorneys for Plaintiff*<br>BRETT CALDWELL | *Attorneys for Defendant*<br>THE BOEING COMPANY |

STIPULATED MOTION FOR EXTENSION OF TIME
TO RESPOND TO THIRD AMENDED COMPLAINT
AND [PROPOSED] ORDER - 3

MORGAN, LEWIS & BOCKIUS LLP
1111 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20004
+1.202.739.3000

# CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2018, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which caused a true and correct copy of the foregoing to be served upon:

>Reba Weiss, WSBA #12876
>WEISS LAW FIRM, PLLC
>12537 15th Ave NE Suite 108
>Seattle, WA 98125-3979
>Phone: (206) 508-5933
>reba@weisslawfirm.org
>
>Steven H. Haney
>Gregory L. Young
>HANEY & YOUNG LLP
>1055 West Seventh Street, Suite 1950
>Los Angeles, CA 90017
>Phone: (213) 228-6500
>Fax: (213) 228-6501
>shaney@haneyyoung.com
>gyoung@haneyyoung.com

*Attorneys for Plaintiff Brett Caldwell*

/s/ P. David Larson
P. David Larson, *admitted pro hac vice*
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, D.C. 20004
Phone: (202) 739-3000
Fax: (202) 739-3001
Email: david.larson@morganlewis.com

*Attorney for Defendant The Boeing Company*

STIPULATED MOTION FOR EXTENSION OF TIME
TO RESPOND TO THIRD AMENDED COMPLAINT
AND [~~PROPOSED~~] ORDER - 4

MORGAN, LEWIS & BOCKIUS LLP
1111 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20004
+1.202.739.3000