THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRETT CALDWELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware Corporation and DOES 1-10;<br><br>Defendants. | Case No. 2:17-cv-01741-JLR<br><br>[PROPOSED] ORDER |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Brett Caldwell's and Defendant The Boeing Company's (collectively, the "Parties' ") Stipulated Motion to Extend Rule 26(a)(2) Expert (Dkt. # 41) Designation and Disclosure Deadlines came regularly on calendar on October 24, 2018. After consideration of the Stipulated Motion, it is hereby Granted, and IT IS HEREBY ORDERED as follows.

The new deadline for Plaintiff to designate an expert pursuant to FRCP 26(a)(2) is November 14, 2018.

The new deadline for Defendant to designate a rebuttal expert pursuant to FRCP 26(a)(2) is December 14, 2018.

[PROPOSED] ORDER - 1

HANEY & YOUNG LLP
1055 WEST 7TH STREET, #1950
LOS ANGELES, CA 90017
213-228-6500

All other discovery and litigation calendar deadlines remain unchanged.
PURSUANT TO THE STIPULATED MOTION OF THE PARTIES, IT IS SO ORDERED.

October 24, 2018

UNITED STATES DISTRICT COURT
WESTERN DISTRICT, WASHINGTON

Hon. James L. Robart
U.S. District Court Judge