THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRETT CALDWELL, an individual, | Case No. 2:17-cv-01741-JLR |
| Plaintiff, | |
| v. | [PROPOSED] ORDER |
| THE BOEING COMPANY, a Delaware Corporation and DOES 1-10; | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Brett Caldwell's ("Plaintiff") and Defendant The Boeing Company' ("Defendant'") (collectively, the "Parties") Stipulated Motion to Extend Rule 26(a)(2) Expert Designation and Disclosure Deadlines (Dkt. #43) came regularly on calendar on November 14, 2018. After consideration of the Stipulated Motion, it is hereby Granted as follows:

1. The Expert Disclosure deadline is extended from November 14, 2018 to November 28, 2018.

2. The Rebuttal Expert Disclosure deadline is extended from December 14, 2018 to January 11, 2019.

3. The Expert Discovery Cut-Off deadline is extended to March 8, 2019.

1      4.    All other dates, including the Fact Discovery Cut-Off date, the Dispositive Motions
2  date, the Fact Witness Cut-Off date, the Pre-Trial Conference date, and the Trial date shall remain the
3  same.

5. The court warns the parties that any further extensions of the case schedule will require moving their trial date to the end of the court's trial calendar.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

November 15, 2018

UNITED STATES DISTRICT COURT
WESTERN DISTRICT, WASHINGTON

_____
Hon. Judge James L. Robart

HANEY & YOUNG, LLP
1055 West Seventh Street, Suite 1950
Los Angeles, California 90017
Telephone: (213) 228-6500
Facsimile: (213) 228-6501