THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRETT CALDWELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware Corporation and DOES 1-10;<br><br>Defendants. | Case No. 2:17-cv-01741-JLR<br><br>[~~PROPOSED~~] ORDER<br><br>**NOTE ON MOTION CALENDAR: MARCH 11, 2019** |

## [~~PROPOSED~~] ORDER

The Parties' Joint Motion to Continue the Trial of this Case and its related Scheduling Deadlines came regularly before this Court on March 11, 2019. After consideration of the Parties' Stipulation and good cause having been shown, the Motion is granted. The Trial of this case is continued to the end of the Court's Trial Calendar, on June 1, _____, 2020 at 1:30 a.m./~~p.m.~~

The Court will issue a new Scheduling Order for the remaining pretrial deadlines.

IT IS SO ORDERED.

_____
Hon. James L. Robart
United States District Judge

[PROPOSED] ORDER

- 1

## ATTESTATION

I, Gregory L. Young, am the ECF user whose identification and password are being used to file this Proposed Order. In compliance with Civil L.R. 5-4.3.4(a)(2), I hereby attest that Reba Weiss, Laurence Shapero, Lincoln Bisbee, and Allison Powers concur in this filing.

Dated: March 8, 2019　　　　　　**HANEY & YOUNG, LLP**

　　　　　　　　　　　　　　　　By: */s/Gregory L. Young*

[PROPOSED] ORDER

- 2

# CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2019, I electronically filed the foregoing with the Clerk of the Court using the Court's CM/ECF system, which caused a true and correct copy of the foregoing to be served upon:

Laurence A. Shapero, WSBA #31301
OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.
800 Fifth Avenue, Suite 4100
Seattle, WA 98104
Phone: (206) 693-7057
Email: laurence.shapero@ogletree.com

Lincoln O. Bisbee, *admitted pro hac vice*
Zachary S. Stinson, *admitted pro hac vice*
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, D.C. 20004
Tel: (202) 739-3000
Email: lincoln.bisbee@morganlewis.com
       zachary.stinson@morganlewis.com

Allison Powers, *admitted pro hac vice*
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, Illinois 60601 Phone:
(312) 324-1000 Fax: (312) 324-1001
Email: allison.powers@morganlewis.com

*Attorneys for Defendant The Boeing Company*