THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRETT CALDWELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY, a Delaware Corporation and DOES 1–10,<br><br>Defendant. | Case No. 2:17-cv-01741-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT THE BOEING COMPANY'S MOTION TO EXTEND DEADLINE FOR DEFENDANT TO FILE A BILL OF COSTS |

Upon consideration of Defendant The Boeing Company's Motion to Extend Deadline for Defendant to File a Bill of Costs, and there being good cause shown, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that Defendant shall file its Bill of Costs no later than May 15, 2019.

Dated this 1st day of May, 2019.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER - 1

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
1111 Pennsylvania Avenue, NW
Washington, DC 20004
+1.202.739.3000